**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: February 02, 2011**

_____

```
             UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION

IN RE:                        :

ASHLEIGH J. SCHLESSINGER      :   CASE NO. 10-15641
                                  Chapter 13, Judge Hopkins
             Debtor           :
                                  ORDER GRANTING DEBTOR'S
                              :   OBJECTION TO CLAIM
```

The Debtor, through counsel, filed an Objection (Doc. 34) to Claim #8 filed by HSBC Bank of Nevada, NA.

As no response to the Objection has been filed, the Objection is GRANTED, and the above claim is disallowed, as the subject personal property is being surrendered to creditor.

SO ORDERED.


Copies to:

Default List

HSBC Bank Nevada, NA
c/o Bass & Associates P.C., Inc.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712

###